GEORGE E. LOEFFLER et al., as Executors of GEORGE LOEFFLER, Deceased, Appellants, *v.* HENRY LOEFFLER, Respondent.

*Loeffler* v. *Loeffler*, 171 App. Div. 927, affirmed.
(Argued December 14, 1916; decided January 9, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 1, 1915, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to set aside an alleged assignment of four mortgages on realty located in Brooklyn by plaintiff's testator to his brother shortly prior to the former's death. Plaintiffs charged that no consideration moved from defendant to plaintiffs' testator for the assignment in question, but that it was, in fact, procured through defendant's "undue influence" over plaintiffs' testator, made possible, in part at least, by the latter's habits and resultant physical condition.

*Charles G. F. Wahle, Samuel H. Sternberg* and *Abraham Lehman* for appellants.

*William Murray* and *Charles J. McCafferty* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.